UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAY EUGENE CALDWELL and ALL OUT SEWER AND DRAIN SERVICE, INC.,<br><br>Defendants. | NO. CR13-5308BHS<br><br><br><br>ORDER<br>Re: GOVERNMENT'S<br>MOTION IN LIMINE |

The United States has moved in limine to exclude evidence and argument that (1) the Defendant did not know the legal requirements of the Clean Water Act; (2) the Defendant had a good faith belief that he was complying with the law; (3) there was insufficient actual environmental harm; and (4) the discharge was *de minimis*.

The Court, having received and reviewed the motion and arguments included therein, makes the following ruling:

IT IS ORDERED that the Defendants are prohibited from introducing any evidence or arguing that (1) the Defendant did not know the legal requirements of the Clean Water Act; (2) the Defendant had a good faith belief that he was complying with the law; (3) there was insufficient actual environmental harm; and (4) the discharge was *de minimis*.

ORDER RE: GOVERNMENT'S
MOTION IN LIMINE  1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Such evidence is not relevant to any of the elements the government must prove at trial,
2  or defenses that could be raised, and would lead to undue delay and confusion. This order does
3  not preclude the defense from raising a mistake-of-fact defense.

DATED this 22nd day of August, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ James D. Oesterle*
JAMES D. OESTERLE
Assistant United States Attorney
WSBA #16399
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-5040
Facsimile: (206) 553-2502
E-Mail: jim.oesterle@usdoj.gov

ORDER RE: GOVERNMENT'S
MOTION IN LIMINE  2