THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>RAY EUGENE CALDWELL,<br><br>　　　　　Defendant. | Case No.: CR13-5308BHS<br><br>ORDER ON DEFENDANT'S MOTION TO CONTINUE DATE TO SELF-SURRENDER |

THIS MATTER having come on before the undersigned judge of the above-captioned Court upon the motion of the defendant for an order extending the date for the defendant to self-surrender; the Government being represented by and through its attorney, AUSA James Oesterle, who has agreed with the request; and the defendant, Ray E. Caldwell being represented by and through his attorney, Wayne C. Fricke of the Hester Law Group, Inc., P.S., and the Court being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the defendant's motion to continue the date to self-surrender is hereby GRANTED: it is further

ORDER EXTENDING SELF-SURRENDER DATE - 1

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157 / Fax: (253) 572-1441

ORDERED, ADJUDGED AND DECREED that the defendant's date (May 20, 2014) to self-surrender to BOP Sheridan is hereby STRICKEN; it is further

ORDERED, ADJUDUGED AND DECREED that the defendant shall self-surrender himself to BOP Sheridan on a date to be set by the Bureau of Prisons.

IT IS SO ORDERED.

DATED this 13th day of May, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by :

HESTER LAW GROUP, INC., P.S.
Attorneys for defendant

By:  */s/ Wayne C. Fricke*
     WAYNE C. FRICKE
     WSB #16550